# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 12, 2025

Michael Frank Bednarz
Hamilton Lincoln Law Institute
Suite 1487
1440 W. Taylor Street
Chicago, IL  60607

RE: 25-1300  Christopher Kohls, et al v. Keith Ellison, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CBO

Enclosure(s)

cc:     Allen Cook Barr
       Angela Behrens
       Clerk, U.S. District Court, District of Minnesota
       Zachary J. Cronen
       James Dickey
       Peter J. Farrell
       Alexandra K. Howell
       Elizabeth Catherine Kramer
       Lynne Krenz
       Kristin C. Nierengarten
       Douglas Seaton

District Court/Agency Case Number(s): 0:24-cv-03754-LMP

**Caption for Case Number: 25-1300**

Christopher Kohls; Mary Franson

    Plaintiffs - Appellants

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota; Chad Larson, in his official capacity as County Attorney of Douglas County

    Defendants - Appellees

**Addresses for Case Participants:   25-1300**

Michael Frank Bednarz
Hamilton Lincoln Law Institute
Suite 1487
1440 W. Taylor Street
Chicago, IL  60607

Allen Cook Barr
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2131

Angela Behrens
ATTORNEY GENERAL'S OFFICE
Suite 1400
Bremer Tower
445 Minnesota Street
Saint Paul, MN  55101-2134

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Zachary J. Cronen
SQUIRES & WALDSPURGER
Suite 2800
333 S. Seventh Street
Minneapolis, MN  55402

James Dickey
UPPER MIDWEST LAW CENTER
Suite 140
12600 Whitewater Drive
Minnetonka, MN  55343

Peter J. Farrell
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2131

Alexandra K. Howell
UPPER MIDWEST LAW CENTER
Suite 140
12600 Whitewater Drive
Minnetonka, MN  55343

Elizabeth Catherine Kramer
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2131

Lynne Krenz
U.S. DISTRICT COURT
District of Minnesota
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

Kristin C. Nierengarten
SQUIRES & WALDSPURGER
Suite 2800
333 S. Seventh Street
Minneapolis, MN  55402

Douglas Seaton
UPPER MIDWEST LAW CENTER
Suite 140
12600 Whitewater Drive
Minnetonka, MN  55343