IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 25-1300

Christopher Kohls and Mary Franson,

*Plaintiffs-Appellants*,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General; Chad Larson, in his official capacity as Anoka County Attorney,

*Defendants-Appellees*

## STATEMENT OF THE ISSUES

Pursuant to the Court's briefing order, Plaintiffs-Appellants identify the following issues to be raised on appeal:

1. Whether the district court erred in interpreting Minn. Stat. § 609.771 to include an exception for "pure parody or satire" even though the statute includes no such exception.

2. Whether the district court erred in concluding appellant Kohls' lacks standing to challenge Minn. Stat. § 609.771, even though it found his video to be "arguably proscribed" by the statute--at least when posted without a disclaimer--thus hindering the reach and monetary value of Kohls' video on X and other platforms, so causing injury to Kohls.

3. Whether the district court erred in finding no irreparable harm to appellant Franson because it reckoned a 16-month delay to her filing suit, even though no evidence shows that Rep. Franson posted parodies colorably banned by the statute prior to July 2024, when the statutory period banning such speech began.

1

4. Whether the district court erred in denying Appellants' motion for a preliminary injunction.

Dated: February 24, 2025

                                                       */s/ Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on February 24, 2025, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: February 24, 2025

                                             */s/ Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856