No. 24-3094

Christopher Kohls and Mary Franson,

*Plaintiffs-Appellants*,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General;
Chad Larson, in his official capacity as Anoka County Attorney,

*Defendants-Appellees*

## METHOD OF APPENDIX PREPARATION

Pursuant to the Court's briefing order, Appellants notify the Court that the parties will prepare a **joint appendix** for this matter. The following parts of the record will be included in the Joint Appendix. Appellants will coordinate with Appellees regarding designations shortly.

Dated: February 24, 2025

*/s/ Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on February 24, 2025, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: February 24, 2025

                                             */s/ Adam E. Schulman*
                                             Adam E. Schulman
                                             HAMILTON LINCOLN LAW INSTITUTE
                                             1629 K Street NW, Suite 300
                                             Washington, DC 20006
                                             adam.schulman@hlli.org
                                             (610) 457-0856