IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 25-1300

Christopher Kohls and Mary Franson,

*Plaintiffs-Appellants*,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General;
Chad Larson, in his official capacity as Anoka County Attorney,

*Defendants-Appellees*

## CERTIFICATE AS TO TRANSCRIPT

I hereby certify that on February 18, 2025, counsel for Plaintiffs-Appellants ordered the transcript for the district court hearing in this matter with a 7-day return date, *see* ECF No. 55, and the transcript is docketed at ECF No. 56. The hearing took place on December 17, 2024, *see* ECF No. 45.

Dated: February 24, 2025

                                          */s/ Adam E. Schulman*
                                          Adam E. Schulman
                                          HAMILTON LINCOLN LAW INSTITUTE
                                          1629 K Street NW, Suite 300
                                          Washington, DC 20006
                                          adam.schulman@hlli.org
                                          (610) 457-0856

1

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on February 24, 2025, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: February 24, 2025

                                           */s/ Adam E. Schulman*
                                           Adam E. Schulman
                                           HAMILTON LINCOLN LAW INSTITUTE
                                           1629 K Street NW, Suite 300
                                           Washington, DC 20006
                                           adam.schulman@hlli.org
                                           (610) 457-0856