IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 25-1300

Christopher Kohls and Mary Franson,

*Plaintiffs-Appellants*,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General; Chad Larson, in his official capacity as Anoka County Attorney,

*Defendants-Appellees*

# UNOPPOSED MOTION TO EXTEND TIME
# TO FILE APPELLANTS' BRIEF

For good cause, Plaintiffs-Appellants respectfully move this Court for an order extending the time to file Appellants' brief by **14 days**, such that Appellants' brief would be due on **Thursday, April 17, 2025**. Defendants-Appellees Ellison and Larson do not oppose the requested extension. In support of this motion, Appellants state as follows:

1. On February 12, 2025, this Court issued the briefing schedule setting the due date for Appellants' brief as April 3, 2025. This motion requests that the deadline for Appellants' brief be extended by 14 days until April 17, 2025.

2. Good cause exists for this short extension of time. Appellants' counsel has

1

two upcoming oral arguments in the Second Circuit and one in the Third Circuit. Counsel has briefing due in another preceding case in this Circuit, as well as briefing due in multiple district court proceedings. These matters will require substantial time and attention during this period.

3. Through counsel, Appellees have informed counsel for Appellants that they do not oppose the requested extension.

4. No prior requests for an extension of time to file the brief have been made.

5. Accordingly, Appellants request that the time for Appellants' brief be extended to Thursday, April 17, 2025.

Dated: March 11, 2025

*/s/ Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

2

Appellate Case: 25-1300   Page: 2   Date Filed: 03/11/2025 Entry ID: 5494382

## CERTIFICATE OF COMPLIANCE

I hereby certify that that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). This motion was prepared in 14-point Times New Roman font, and it contains 201 words.

Dated: March 11, 2025

                                          */s/ Adam E. Schulman*
                                          Adam E. Schulman
                                          HAMILTON LINCOLN LAW INSTITUTE
                                          1629 K Street NW, Suite 300
                                          Washington, DC 20006
                                          adam.schulman@hlli.org
                                          (610) 457-0856

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on March 11, 2025, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: March 11, 2025

                                        */s/ Adam E. Schulman*
                                        Adam E. Schulman
                                        HAMILTON LINCOLN LAW INSTITUTE
                                        1629 K Street NW, Suite 300
                                        Washington, DC 20006
                                        adam.schulman@hlli.org
                                        (610) 457-0856

4

Appellate Case: 25-1300    Page: 4    Date Filed: 03/11/2025 Entry ID: 5494382