# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1300

Christopher Kohls and Mary Franson

Appellants

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota and Chad Larson, in his official capacity as County Attorney of Douglas County

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-03754-LMP)

---

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until April 17, 2025 to file the brief and appendix.

March 12, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Susan E. Bindler