# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1300

Christopher Kohls and Mary Franson,

*Plaintiffs-Appellants*,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General; Chad Larson, in his official capacity as Anoka County Attorney,

*Defendants-Appellees*

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE PETITION FOR REHEARING EN BANC

1

For good cause, Plaintiffs-Appellants respectfully move this Court for an order extending the time to file Appellants' petition for rehearing and/or rehearing *en banc* by **14 days**, such that Appellants' petition would be due on **Monday, March 9, 2026**. Defendants-Appellees Ellison and Larson do not oppose the requested extension. In support of this motion, Appellants state as follows:

1. This Court issued its opinion on February 9, 2026. Under Federal Rule of Appellate Procedure 40(d)(1), any petition for rehearing would be due on or before February 23, 2026. This motion requests that the deadline for Appellants' petition for rehearing be extended by 14 days until March 9, 2026.

2. Good cause exists for this short extension of time. This case presents several complex constitutional and procedural issues, including the First Amendment, Article III standing, and what constitutes irreparable harm justifying a preliminary injunction. A fourteen-day extension of time is necessary for counsel for Plaintiffs-Appellants to thoroughly review the Court's decision, which affirmed the district court's judgment; to determine whether a petition for rehearing and /or petition for rehearing *en banc* should be filed and, if so, on what grounds; and then potentially draft a petition. Additionally, counsel for Appellants has upcoming litigation filings in other matters in the Seventh Circuit and Eastern District of Virginia that will require substantial time and attention during this period.

2

Appellate Case: 25-1300     Page: 2     Date Filed: 02/12/2026 Entry ID: 5607908

3. Through counsel, Appellees have informed counsel for Appellants that they do not object to the requested extension.

4. Under Eighth Circuit Local Rule 27A(a)(13), the clerk may grant an extension of up to 14 days for rehearing petitions.

5. No prior requests for an extension of time to file the brief have been made.

6. Accordingly, Appellants request that the time for Appellants' brief be extended to Monday, March 9, 2026.

Dated: February 12, 2026

/s/ *Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

## CERTIFICATE OF COMPLIANCE

I hereby certify that that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). This motion was prepared in 14-point Times New Roman font, and it contains 297 words.

Dated: February 12, 2026

                                            */s/ Adam E. Schulman*
                                            Adam E. Schulman
                                            HAMILTON LINCOLN LAW INSTITUTE
                                            1629 K Street NW, Suite 300
                                            Washington, DC 20006
                                            adam.schulman@hlli.org
                                            (610) 457-0856

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on February 12, 2026, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

 Dated: February 12, 2026

    */s/ Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856