# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1300

Christopher Kohls and Mary Franson

Appellants

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota and Chad Larson, in his official capacity as County Attorney of Douglas County

Appellees

------------------------------

Liberty Justice Center and Southeastern Legal Foundation

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-03754-LMP)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

March 31, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler